■ AGNES E. PASEKA, Appellant, v. EDWARD J. PASEKA, Respondent.— Order entered on September 12, 1963, unanimously affirmed, without costs. Such affirmance is no indication of the conclusion the court would reach as to the proper amount of permanent alimony and counsel fee after an exploration of all facts at the trial. Order entered on November 12, 1963 denying applica-

tion for counsel fees in order to prosecute the appeal unanimously affirmed, without costs. Concur — Botein, P. J., Valente, McNally, Stevens and Eager, JJ.